SUE FAHAMI
Acting United States Attorney
District of Nevada
Nevada Bar No. 5634

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SERGII GORBACHEVSKYI; OLGA BUNETSKA,<br><br>PLAINTIFFS,<br><br>    v.<br><br>UR M. JADDOU, in her official capacity as Director of U.S. Citizenship and Immigration Services;<br><br>DAVID RADEL, in his official capacity as Director of the Los Angeles Asylum Office;<br><br>ALEXANDRO MAYORKAS, in his official capacity as Secretary of the Department of Homeland Security,<br><br>DEFENDANTS. | Case No. 2:24-cv-02370-APG-EJY<br><br>**Joint Stipulation to Stay the Proceedings (First Request)** |

     Plaintiffs Sergii Gorbachevskyi and Olga Bunetska ("Plaintiffs") and the United States, on behalf of the federal defendants, by and through their undersigned counsel, hereby stipulate and jointly request that the Court stay all deadlines in this matter and hold this case in abeyance until December 26, 2025.

     The subject of this litigation is to compel the adjudication of Plaintiffs' I-589 asylum application, including the scheduling of their asylum interview. Since the filing of this action, Plaintiffs' asylum interview has been scheduled for August 28, 2025. The parties

1  request a stay of approximately 120 days from the date of the scheduled asylum interview
2  to adjudicate Plaintiff's I-519 application, which is December 26, 2025.
3       This is the first request to stay the proceedings. This request is not sought for
4  purposes of delay or any other improper purpose, but to facilitate the parties' effort to
5  resolve the matter by adjudicating Plaintiffs' application.
6       Respectfully submitted this 24th day of February, 2025.

| GIBBS HOUSTON PAUW | SUE FAHAMI<br>Acting United States Attorney |
|---|---|
| */s/ Ben Cornell*<br>Ben Cornell<br>Nevada Bar No. 12352<br>1000 Second Avenue, Suite 1600<br>Seattle, WA 98104-1003<br>(206) 682-1080<br>*Plaintiffs' Attorney* | */s/ Karissa D. Neff*<br>KARISSA D. NEFF<br>Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

IT IS SO ORDERED:

Dated: __February 26, 2025__

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE