**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| SERGII OLEKSANDROVYCH GORBACHEVSKYI, et al.,<br><br>Plaintiffs<br><br>v.<br><br>UR M. JADDOU, et al.,<br><br>Defendants | Case No.: 2:24-cv-02370-APG-EJY<br><br>**Order for Status Report** |

    I previously granted the parties' stipulation to stay this case until December 26, 2025. ECF No. 6. That date has passed, and the parties have not indicated whether the stay should remain in place or whether they are prepared to lift the stay and move the case forward.

    I THEREFORE ORDER that by January 21, 2026, the parties shall file a status report regarding how they intend to proceed in this case.

    DATED this 7th day of January, 2026.

                                            ANDREW P. GORDON
                                            CHIEF UNITED STATES DISTRICT JUDGE