**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

SERGII OLEKSANDROVYCH
GORBACHEVSKYI, et al.,

    Plaintiffs

v.

UR M. JADDOU, et al.,

    Defendants

Case No.: 2:24-cv-02370-APG-EJY

**Order**

On January 21, 2026, the plaintiffs advised the court that they would file a motion to voluntarily dismiss the writ in this case. ECF No. 8.  They have not yet done so.

I THEREFORE ORDER that by February 13, 2026, the plaintiffs shall file a motion to voluntarily dismiss the writ or file a status report indicating why they have not done so.

DATED this 30th day of January, 2026.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE