BENJAMIN CORNELL
Nevada Bar No. 12352
ASCENT LEGAL, PLLC
5401 South Tacoma Way, Office 13
Tacoma, WA 98409
Office: (253) 300-6819
ben@ascentlegal.net

*Attorney for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SERGII OLEKSANDROVYCH GORBACHEVSKYI, et. al, <br><br> Plaintiffs, <br><br> v. <br><br> UR M. JADDOU, et. al, <br><br> Defendants. | Case No. 2:24-cv-02370-APG-EGY <br><br> **ORDER GRANTING** <br><br> **JOINT MOTION TO DISMISS COMPLAINT FOR MANDAMUS** |

Pursuant to FRCP 41(a)(1)(A)(ii), Plaintiffs and Federal Respondents, through undersigned counsel, file a joint motion to voluntarily dismiss the complaint for mandamus filed on December 18, 2024.  The complaint is now moot as Plaintiffs have attended an asylum interview in Los Angeles and were referred to immigration court proceedings on October 29, 2025. *See* Dckt. Entry 8; 8-1.

Respectfully submitted this _____ day of February, 2026,

<u>s/ Christian Ruiz</u>
CHRISTIAN R. RUIZ
Assistant United States Attorney

<u>s/ Benjamin Cornell</u>
BENJAMIN CORNELL
Nevada Bar No. 12352
Ascent Legal, PLLC
5401 South Tacoma Way, Office 13
Tacoma, WA 98409
Office: (253) 300-6918
ben@ascentlegal.net
*Attorney for Plaintiffs*

IT IS SO ORDERED:

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

DATED: February 13, 2026

JOINT MOTION TO DISMISS
COMPLAINT FOR MANDAMUS
Case No.: 2:24-cv-02370-APG-EGY